AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

JESUS MURILLO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   4:08CR00314-003 SWW

The trial in this matter began October 12, 2010.  The jury returned a verdict of not guilty for the above-named Defendant October 18, 2010.

IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/Susan Webber Wright
Signature of Judge

U. S. District Judge Susan Webber Wright
Name and Title of Judge

October 20, 2010
Date